PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Maurice Bethea                                  Cr.: 12-00301-001
                                                                  PACTS #: 51818

Name of Sentencing Judicial Officer:    THE HONORABLE JOSE L. LINARES
                                        CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/20/2012

Original Offense: Conspiracy To Commit Mail Fraud.

Original Sentence: 36 months imprisonment; 60 months supervised release

Special Conditions: New Debt Restrictions, Occupational Restrictions, Self-Employment/Business Disclosure, Cooperation with the US Attorney's Office, $100 Special Assessment, and $1,582,699.67 in Restitution

Type of Supervision: Supervised Release                Date Supervision Commenced: 11/17/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | On May 3, 2018, our office conducted an Equifax inquiry and it revealed that the offender has opened up several credit accounts without the permission of our office or Your Honor. |

U.S. Probation Officer Action:

The probation office is recommending that this notification serve as a written reprimand to the offender. Our office has spoken to this offender and has advised him that he is not to open up any additional credit accounts and that he is to pay off these accounts and leave them at a zero balance.

                                            Respectfully submitted,
                                            *Michelle A. Siedzik*
                                            By: Michelle A Siedzik
                                                U.S. Probation Officer Assistant
                                            Date: 05/18/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓] This document will serve as an official written reprimand issued under the authority of the Court

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

5/21/18
Date