**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**SUSAN M. SMALLEY**
CHIEF U.S. PROBATION OFFICER

**200 FEDERAL PLAZA
ROOM 229
PATERSON, NJ
(973) 357-4080
FAX: (973) 357-4092**

December 11, 2020

**Mailing Address:**

**50 WALNUT STREET
ROOM 1001
NEWARK, NJ  07102**

www.njp.uscourts.gov

The Honorable Susan D. Wigenton
United States District Judge
Martin Luther King Federal Building & Courthouse
P.O. Box 0999
Newark, New Jersey 07102

        **RE:** Maurice Bethea
        **DKT #:** 12-CR-00301-01
        **STATUS CONFERENCE REQUEST**

Dear Judge, Wigenton:

On October 30, 2020, The Honorable Judge Katharine S. Hayden signed a Probation Form 12C (Request for a Summons) after the offender was charged with violating his term of supervised release. Since that day, the violation has been reassigned to Your Honor given that new federal charges against the offender are being heard before Your Honor. On December 15, 2020, Mr. Bethea is scheduled to appear before Your Honor for a plea hearing on the new federal charge, which is also the basis of the violation of his supervised release under docket number 12-CR-0031-01. Mr. Bethea's original term of supervised release expired on November 16, 2020. A such, we are seeking guidance from the Court as to whether the violation of supervised release should be scheduled as soon as possible or if his case should be made inactive, meaning that we will no longer supervise him, being that his case expired and he is currently being supervised by Pretrial Services on the new federal charges. The Violation of Supervised Release Report (Probation Form 12D) and Sentencing Recommendation is also attached for Your Honor's review.

Prob 12C Cover Letter
Maurice Bethea   page 2

We remain available should Your Honor wish to discuss this matter further. The undersigned officer can be reached at (973) 803-6591.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Erika M. Arnone*

By:   ERIKA M. ARNONE
U.S. Probation Officer

/ mas

APPROVED:

Digitally signed by Luis R. Gonzalez
Date: 2020.12.11 15:21:59 -05'00'

LUIS R. GONZALEZ                    Date
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

☐ Status conference scheduled for _____. _____

☐ Violation of supervised release scheduled for _____.

☒ Other  **Supervision by probation to continue until violation hearing is conducted.**

*s/Susan D. Wigenton*
Signature of Judicial Officer

*January 19, 2021*
Date